Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd., Suite 207
Lakewood, CA 90712
562-866-8755   562-866-6875 (facsimile)
tlwhiteleather@gmail.com

Lisa Peskay Malmsten SBN 120006
6285 E. Spring St. # 391
Long Beach, CA 90808
tel (562) 810-4789   (562) 866-6875
limalms@att.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA DOUGHERTY, parent of J.D.G., <br><br>  Plaintiff, <br><br> v. <br><br> LONG BEACH UNIFIED SCHOOL DISTRICT, A Local Educational Agency, <br><br>  Defendant. | CASE NO. CV 15-06428 CBM (JEMx) <br><br> [~~PROPOSED~~] ORDER ON JOINT REQUEST FOR DISMISSAL WITH PREJUDICE |

The Court, having reviewed the parties' joint request for dismissal of this matter following settlement of the pending issues, hereby Orders that the matter be dismissed with prejudice.

Dated: April 14, 2016

By: /s/ John E. McDermott
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

1